73,971-04,05

Abel Acosta
Court of Criminal Appeals
Capitol Station, P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
CRIMINAL APPEALS

Abel Acosta, Clerk

Abel Acosta, Clerk

RE: Writ of Habeus 11.07

I wish to appeal the decision Rendered on
8-25-15 by Judge Mary Roman 175th Judicial
District Bexar County, Texas.

Judge Roman is a named defendant in Civil
Court Case No. 2015C101986. She was not the
presiding or sentencing Judge a know none
of the facts to this case also concerning
the dismissal of Writ No WR-73,971-01 It
was dismissed due to the fact there was
a nuc pro-tunc Judgement in my favor
and I do beleive Judge Roman by her ways
and actions is biased and her decision
prejudicial.

It also states I was convicted under
habitual enhancement in which I wasn't

the enhancement allegations should be
either Rendered Null & Void or being that
the allegation was considered a

Capitol offense, a non Capitol offense should not be used for enhancement

In the states ocon Responce, I never went to trial proving In-effective assistance of Counsel so how could I object to anything and Rule 609(b) which generally precludes admissability If the Conviction Is more than 10 years old. Tex Rule of Evidence 609 (b) therefore I was Sentenced under a false Enhancement making this sentence Illegal.

Wherefore premises considered. I Steven M. Gary Request all Relief that I'am Entitled.

Respectfully Submitted

STEVEN M. GARY.